# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. SMITH, <br><br> Petitioner, <br><br> v. <br><br> MARTIN GAMBOA, Warden, et al., <br><br> Respondents. | Case No.: 22-CV-856 JLS (AHG) <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee orp an application to proceed in forma pauperis. *See* Local Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this action he must, no later than **September 6, 2022**, either pay the $5.00 filing fee or submit adequate proof he cannot pay the fee. ***The Clerk of Court shall send Petitioner a blank application to proceed in forma pauperis together with a copy of this Order.***

Dated: July 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge